UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAN ALZUBIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK N.A.,<br><br>　　　　Defendant. | Case Nos. 20-cv-06468-JSC<br>　　　　　　20-cv-06681-JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

　　　　Plaintiff filed identical actions against Defendant JP Morgan Chase in the Santa Clara Superior Court and Alameda County Superior Court. Defendant removed the actions to federal court on the grounds that Plaintiff brings a claim under the Fair Debt Collections Practices Act ("FDCPA") and thus there is federal question jurisdiction. Defendant subsequently moved to dismiss Plaintiff's complaints and to relate the two actions. (No. 20-6468, Dkt. Nos. 6, 9; No. 20-6681, Dkt. Nos. 7, 10.) The Court granted the motions to relate and reset the briefing schedule on the motions to dismiss after Plaintiff failed to file a timely opposition in either action. (No. 20-6468, Dkt. No. 13.) To date, Plaintiff has not filed her opposition brief(s) despite having been granted an extension of time to do so and the time to do so has run.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why these related actions should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show cause along with her response to the motions to dismiss by November 20, 2020. If Plaintiff fails to do so, these actions may be reassigned to a district judge with a report and recommendation that the actions be dismissed for failure to prosecute.

　　　　The November 19, 2020 hearing is VACATED. The Court will reset the hearing if

necessary upon receipt of Plaintiff's response to this Order.

The Clerk shall serve this Order on Plaintiff by mail and email at amanaz.wfg@gmail.com. The Clerk shall also serve Plaintiff with a copy of the form for consenting or declining to consent to the jurisdiction of a magistrate judge.

Plaintiff is reminded that she can seek free legal assistance from the Northern District of California's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. In light of the ongoing COVID-19 pandemic, Plaintiff should make a telephone appointment by calling (415) 782-8982.

**IT IS SO ORDERED.**

Dated: November 6, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge